Jerry Dale CARTWRIGHT, Plaintiff–Appellant,

v.

MONARCH CONSTRUCTION COMPANY, Employer, An Ohio Corporation; Robert J. Smith, Commissioner of the Bureau of Employment Programs of the State of West Virginia, Workers' Compensation Division, Defendants–Appellees.

No. 01–1013.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Jerry Dale Cartwright, pro se. Scott W. Andrews, Offutt, Fisher & Nord, Huntington, WV; Frederick George Staker, III, Employment Programs Litigation Unit, Charleston, WV, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Jerry Dale Cartwright appeals the district court's order dismissing his complaint filed pursuant to the Rehabilitation Act. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district

court. *See Cartwright v. Smith*, No. CA–00–396 (S.D.W.Va. Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*